# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMSATH NOY BUTH,<br><br>        Petitioner,<br><br>    v.<br><br>TERESER BANKS, Warden,<br><br>        Respondent. | Case No. CV 10-1434-DOC (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: September 10, 2010

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE